FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 10 AM 8:46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 05-20171-M1 & |
| ) | 05-20095-M1 |
| LATONIA JOHNSON ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA

This cause came to be heard on May 6, 2005, the United States Attorney for this district, Tony Arvin, appearing for the Government and the defendant, Latonia Johnson, appearing in person and with counsel, Bernie Weinman, who represented the defendant.

With leave of the Court, the defendant waived Indictment and entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

Indictment 05-20095 to be dismissed at sentencing.

**SENTENCING** in this case is **SET** for **WEDNESDAY, AUGUST 10, 2005, at 8:45 a.m.,** in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.

Order releasing defendant on her own recognizance filed in open Court.

**ENTERED** this the 9 day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-10-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20095 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT